# EXHIBIT C

# Schedule of Leases and Cure Amounts

# SCHEDULE OF LEASES AND CURE AMOUNTS[7]

| Location Number | Store Address | Payee | Cure Amount (As of January 8, 2009) |
|---|---|---|---|
| 102 | 3251 Westerville Road Columbus, OH 43224 | BLDG Management Co., Inc. | $72,133.22 |
| 109 | 700 Eastern Boulevard Clarksville, IN 47129 | Schottenstein Stores Corp. | $36,461.92 |
| 111 | 100 West Kemper Road Springdale, OH 45246 | Schottenstein Stores Corp. | $28,787.94 |
| 112 | 3430 Preston Highway Louisville, KY 40213 | Marx Realty & Improvement Co. | $65,765.32 |
| 115 | 1886 Buchholzer Boulevard Akron, OH 44310 | CW Joint Venture, LLC | $15,645.77 |
| 124a | 8716 South Cicero Avenue Oak Lawn, IL 60453 | Robin Realty & Management | $9,676.67 |
| 124b | 8716 South Cicero Avenue Oak Lawn, IL 60453 | Kimco Development Corporation | $62,033.90 |
| 125 | 2652 East 79th Avenue Merrillville, IN 46410 | Crossings at Hobart-I LLC | $65,971.29 |
| 126 | 10701 Brookpark Road Parma, OH 44130 | LaSalle National Bank | $48,455.93 |
| 128 | 260 Bergin Turnpike Little Ferry, NJ 07643 | Kimco Realty Corporation | $63,532.26 |
| 130 | 2900 Columbus Street Ottawa, IL 63150 | Kimco Development Corporation | $20,758.06 |

---

[7] The Debtors reserve the right to amend the amounts set forth herein upon a further filing with Court and notice to interested parties no less than ten (10) days prior to the Sale Hearing.

| Location Number | Store Address | Payee | Cure Amount (As of January 8, 2009) |
|---|---|---|---|
| 137 | 3400 North Boulevard Columbus, OH 43204 | Great Western Shopping Center | $754.84 |
| | | 410 Investments Ltd. | $37,971.31 |
| 141 | 1130 North Coliseum Boulevard Fort Wayne, IN 46805 | Nomura Asset Capital Corp. | $19,408.89 |
| 142 | 5851 Grape Road Mishawaka, IN 46545 | Schottenstein Stores Corp. | $60,555.87 |
| 143 | 1101 West North Avenue Melrose Park, IL 60160 | LaSalle National Bank | $51,868.53 |
| 146 | Hickory Ridge Pavilion 6415 Winchester Road Memphis, TN 38115 | Hickory Ridge Pavilion LLC | $76,085.20 |
| 148 | 36901 Warren Road Westland, MI 48185-4528 | Jubilee Ltd. Partnership | $57,274.72 |
| 149 | 23869 Eureka Road Taylor, MI 48180-5253 | Jubilee Ltd. Partnership | $405,626.93 |
| 161 | 810 South Waverly Road Lansing, MI 48917 | Kimco Development Corporation | $43,261.06 |
| 162 | 7735 East Pt. Mall Baltimore, MD 21224 | Thor Eastpoint Mall LLC | $63,427.42 |
| 165 | 100 Marshall Street Benwood, WV 26031 | Schottenstein Stores Corp. | $21,354.70 |
| 166 | 6400 MacCorkle South West St. Albans, WV 25177 | Slatehill Co. Inc. | $11,532.26 |
| | | Venture III Holdings LLC | $629.03 |
| | | Venable Martial Trust #2 | $1,258.06 |

4592639.13

| Location Number | Store Address | Payee | Cure Amount (As of January 8, 2009) |
|---|---|---|---|
| 168 | 2855 Riverside Drive Danville, VA 24540 | RW Associates | $27,440.49 |
| 174 | 126 Value City Center Beckley, WV 25801 | Schottenstein Stores Corp. | $17,718.01 |
| 175 | 1 Mall Road Barboursville, WV 25504 | Nomura Asset Capital Corp. | $29,879.03 |
| | | Schottenstein Stores Corp. | $3,831.06 |
| 176 | 256 Russell Road Ashland, KY 41101 | Realco Limited Liability Co. | $21,509.80 |
| 179 | 1099 North Church Street Hazle Township, PA 18202 | Elestan Realty Co. | $20,129.03 |
| 180 | 1724 Woodman Drive Dayton, OH 45420 | Kimco Development Corporation | $49,946.44 |
| 186 | 2201 Kirkwood Highway Wilmington, DE 19805-4903 | Franbert Realty Co. | $2,673.94 |
| | | Kimco Development Corporation | $32,500.01 |
| 187 | 650 South Bay Road Dover, DE 19901 | Robino-Baycourt Plaza LLC | $11,008.06 |
| 188 | 721 West Sproul Road Springfield, PA 19064-1215 | JLP - Springfield PA LP | $122,031.67 |
| 191 | 1800 Loucks Road, Suite 500 York, PA 17408 | West Mancheter Mall LLC | $54,297.06 |
| 192 | 836 J. Clyde Morris Boulevard Newport News Shopping Center Newport News, VA 23601 | Newport Square Partners, LP | $24,951.62 |
| 193 | 5112 Virginia Beach Boulevard Virginia Beach, VA 23462 | Virginia Beach Associates | $32,227.42 |

4592639.13

| Location Number | Store Address | Payee | Cure Amount (As of January 8, 2009) |
|---|---|---|---|
| 194 | 2351 Solomons Island Road<br>Annapolis, MD 21401 | JLP - Annapolis LLC | $103,318.79 |
| 400 | Manalapan Mall<br>51 Route #9 South<br>Englishtown, NJ 07726 | Manalapan Realty LP | $43,967.46 |
| 405 | 2201 Cheltenham Avenue<br>Philadelphia, PA 19150 | Thor Cheltenham Mall LP | $13,420.69 |
| 406 | 101 East Street Road<br>Feasterville, PA 19053 | Kimco Development Corporation | $45,025.66 |
| 412 | 550 River Oaks West<br>Calumet City, IL 60409 | Jubilee Ltd. Partnership | $85,007.87 |
| 414 | 15701 South Harlem Avenue<br>Orland Park, IL 60462 | Kimco Development Corporation | $48,300.32 |
| 425 | 8020 Olive Boulevard<br>University City, MO 63130 | Jindo International Corp. | $60,350.30 |
| 31160 | 3140 Westerville Road<br>Columbus, OH 43224 | LaSalle National Bank | $0.00 |
| 31161(a) | 3681 Westerville Road<br>Columbus, OH 43224 | JAL Realty | $3,145.16 |
| 31162 | 3241 Westerville Road<br>Columbus, OH 43224 | BLDG Management Co., Inc. | $0.00 |