UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                     :     Chapter 11
                                                          :
                                                          :     Case No. 08-14197 (JMP)
Value City Holdings, Inc., et al.,[1]                     :
                                                          :     (Jointly Administered)
                Debtors.                                  :
-----------------------------------------------------------x

**DECLARATION OF STEPHENIE KJONTVEDT OF EPIQ BANKRUPTCY
SOLUTIONS, LLC REGARDING VOTING ON, AND TABULATION OF
BALLOTS ACCEPTING AND REJECTING, THE FIRST AMENDED
JOINT PLAN OF LIQUIDATION FOR VALUE CITY HOLDINGS, INC.
AND ITS AFFILIATED DEBTORS**

STATE OF NEW YORK     )
                      )     ss.:
COUNTY OF NEW YORK    )

Stephenie Kjontvedt, being duly sworn, declares, under the penalty of perjury:

1. I am a Vice President and Senior Consultant at Epiq Bankruptcy Solutions, LLC, ("Epiq"), which maintains offices at 757 Third Avenue, New York, New York 10017.

2. I submit this Declaration with respect to the *First Amended Joint Plan of Liquidation for Value City Holdings, Inc., and its Affiliated Debtors*, dated March 18, 2010 (as may be modified, amended and/or supplemented, the "Plan").[2] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Value City Holdings, Inc. (1391); (ii) Value City Department Stores LLC (7166); (iii) Value City Department Stores Services, Inc. (6819); (iv) Value City of Michigan, Inc. (1407); (v) Gramex Retail Stores, Inc. (7418); (vi) GB Retailers, Inc. (1404); (vii) J.S. Overland Delivery, Inc. (0097); (viii) Retail Ventures Jewelry, Inc. (4549); and (ix) VCHI Acquisition Co. (7390). Each of the Debtors has a mailing address of 11038 Lakeridge Parkway, Suite 4, Ashland, VA 23005.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined below).

documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Approving the Debtors' Agreement With Epiq Bankruptcy Solutions, LLC and Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Court Pursuant to 28 U.S.C. § 156(c)*, dated October 28, 2008 [Docket No. 34] and (b) *Order: (A) Approving Disclosure Statement with Respect to Debtors' First Amended Joint Plan of Liquidation; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Establishing Procedures For Voting on Debtors' First Amended Joint Plan of Liquidation; (E) Approving Forms of Ballots and Notices; (F) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of Debtors First Amended Joint Plan of Liquidation; and (G) Granting Related Relief*, dated March 18, 2010 [Docket No. 1051] (the "Disclosure Statement Order"), Epiq was appointed to assist the Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating the ballots accepting or rejecting the Plan.

4. Pursuant to the Plan, only holders of Claims in the following Class were entitled to vote to accept or reject the Plan:

| Class | Type of Claims |
|---|---|
| Class 4 | General Unsecured Claims |

(the "Voting Class").

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed to solicit, review, determine the validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by the holders of Claims in the Voting Class.

6. As specified in the Disclosure Statement Order, March 15, 2010 (the "Record Date") was established as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan.

7. In accordance with the Disclosure Statement Order, Epiq solicited votes on the Plan from the holders of Claims in the Voting Class as of the Record Date.

8. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in New York, New York. All ballots received by Epiq were date stamped upon receipt and were processed in accordance with the Disclosure Statement Order.

9. In order for a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by the deadline of 4:00 p.m. (New York Time) on April 23, 2010 (the "Voting Deadline"). All validly executed ballots cast by holders of Claims in the Voting Class and received by Epiq on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order and I hereby declare that the results of the voting by holders of Claims in the Voting Class are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed ballots received by Epiq.[3]

10. A report of all votes included in the tabulation prepared by Epiq is attached as Exhibit B hereto.

---

[3] None of the parties voting Class 4 Claims were identified as insiders, as that term is defined in 11 U.S.C. § 101(31).

11. All ballots not validly executed in accordance with the Disclosure Statement Order were not counted, and <u>Exhibit C</u> to this Declaration describes the ballots that Epiq did not tabulate and the reasons such votes were not included by Epiq in its vote tabulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:   New York, New York
         May 6th, 2010

_____
Stephenie Kjontvedt

**EXHIBIT A**

## TABULATION SUMMARY

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | Amount | Number | Amount | Number |
| **Class 4 General Unsecured Claims** | $35,287,498.97<br>**85.14%** | 430<br>**94.30%** | $6,157,283.25<br>**14.86%** | 26<br>**5.70%** |

VALUE CITY HOLDINGS, INC., ET AL.

EXHIBIT B

Value City Holdings, Inc., et al.

Class 4 General Unsecured Claims

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 700 | 244 | | 4 | 469 OWNERS, LLC | $34,375.00 | A | 205 |
| 700 | 243 | | 4 | 469 OWNERS, LLC | $879,032.06 | A | 206 |
| 1200 | 796 | | 4 | ABB MARKETING | $18,339.00 | R | 395 |
| 1600 | 2564 | 196000210 | 4 | ABDULLE, WARSAN | $200.00 | A | 151 |
| 2000 | 653 | 196000230 | 4 | ABEL TRAILER OF ILLINOIS | $440.00 | A | 128 |
| 2300 | 1936 | 196000280 | 4 | ABLES, KIMBERLY | $598.59 | A | 406 |
| 4800 | 664 | 196000470 | 4 | ACME IMPORT | $10,951.20 | R | 23 |
| 6200 | | 196000560 | 4 | ADINA INC | $41,815.00 | A | 19 |
| 6500 | 1671 | 196000590 | 4 | ADOM, LILIAN | $225.00 | A | 498 |
| 9100 | 887 | 200000040 | 4 | AIPLE, BARBARA | $17.94 | A | 448 |
| 9200 | | 196001610 | 4 | AIRE-MASTER OF CENTRAL | $282.00 | A | 439 |
| 9500 | 1299 | 196001580 | 4 | AIR MANAGEMENT, INC. | $27,598.29 | A | 95 |
| 9800 | 2335 | 196001930 | 4 | AJS GROUP LLC / APPLE BOTTOM | $17,529.00 | A | 437 |
| 12300 | 639 | 196001870 | 4 | ALLEN, ANNA | $2,058.48 | A | 22 |
| 12800 | 986 | 196001910 | 4 | ALLIED INTERNATIONAL CORP | $14,904.10 | A | 337 |
| 13200 | 934 | 196001830 | 4 | ALL OHIO AIR FILTER | $3,435.69 | A | 123 |
| 13700 | 843 | 196001930 | 4 | ALLSTATE FLORAL & CRAFT INC | $72,942.82 | A | 44 |
| 14700 | 588 | 196002010 | 4 | ALTOONA MIRROR | $18,725.26 | A | 238 |
| 15300 | 1846 | 196002040 | 4 | ALVAREZ, SILVANA | $5,000,000.00 | A | 278 |
| 17700 | 992 | | 4 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | $242.08 | A | 459 |
| 19000 | 429 | | 4 | AMERICAN SPORTING GOODS & SUDSIDIARIES | $117,993.00 | A | 230 |
| 19300 | 3 | 196002460 | 4 | AMERICAN TEXTILE COMPANY | $48,873.00 | A | 18 |
| 19500 | | 196002470 | 4 | AMERICAN TRAILER LEASING CO | $1,770.00 | A | 78 |
| 19700 | 366 | | 4 | AMERICAN UTEX INT'L LTD. | $83,797.88 | A | 413 |
| 21500 | 5 | | 4 | AMSPAUGH, PHYLLIS | $230.00 | A | 211 |
| 21500 | | 196029110 | 4 | PHYLLIS AMSPAUGH | $230.00 | A | 212 |
| 21900 | | 196002680 | 4 | ANCHOR HOCKING COMPANY | $46,661.00 | A | 378 |
| 22200 | 430 | | 4 | AND1 BASKETBALL MARKETING COMPANY | $82,080.00 | A | 217 |
| 22500 | 2303 | 196002710 | 4 | ANDERSON, KATHLEEN | $22,716.52 | A | 274 |
| 26500 | 724 | 196003590 | 4 | ARLEE HOME FASHIONS INC. | $107,777.12 | A | 26 |
| 32700 | 1591 | 196004100 | 4 | AUCHLY, PHILIP | $19,413.42 | A | 141 |
| 33800 | 216 | 196004150 | 4 | AVA IMPORT-EXPORT, INC. | $117,090.00 | A | 435 |
| 34100 | 725 | 196004170 | 4 | AVENIR HOME FASHIONS | $86,148.00 | A | 322 |
| 37000 | 569 | | 4 | BAK APPAREL | $42,614.50 | A | 125 |
| 40700 | 674 | 196004610 | 4 | BARTLETT, AVA | $55.13 | A | 347 |
| 41000 | 584 | 196004620 | 4 | BASS SECURITY | $5,801.90 | R | 41 |
| 41900 | 917 | 196035530 | 4 | BAZAAR INC, THE | $143,727.50 | A | 190 |
| 42200 | 506 | | 4 | BBC INTERNATIONAL LLC | $8,923.14 | A | 456 |
| 42300 | 1122 | 196004270 | 4 | B B & K TRADING | $1,558.50 | A | 158 |
| 43200 | | 200000120 | 4 | BEARD, CAROLYN | $686.00 | A | 272 |
| 44900 | 1569 | 203000010 | 4 | BEERY, CHERYL | $19,407.27 | A | 185 |
| 46600 | | 196005190 | 4 | BEN ELIAS INDUSTRIES CORP | $1,583.00 | A | 240 |
| 47300 | 2505 | 200000130 | 4 | BENSON, MAUREEN | $672.96 | A | 335 |
| 50900 | 1251 | 196005530 | 4 | BIGGS, MARY | $10,000.00 | R | 524 |
| 51500 | 745 | 196005540 | 4 | BIGSTON INC | $28,917.00 | A | 36 |
| 51800 | 1041 | 196005590 | 4 | BISCOMERICA CORP | $4,878.48 | A | 391 |
| 54000 | 1904 | 196005750 | 4 | BLOOMER CANDY COMPANY, INC. | $535,822.17 | A | 414 |
| 55100 | 963 | 196005810 | 4 | BLUM, PAMELA | $6,597.69 | A | 287 |
| 55300 | 1898 | 196005820 | 4 | BOBBIE K. INC. | $79,238.00 | A | 422 |
| 55700 | 2635 | | 4 | BODELL, BOVE, GRACE & VAN HORN | $11,098.99 | A | 138 |
| 55800 | 1900 | 196005840 | 4 | BOETTCHER, PATRICIA | $3,737.05 | A | 509 |
| 56800 | 1148 | 201000110 | 4 | BONNEY, JENNIFER | $1.00 | A | 109 |
| 58400 | | 201000130 | 4 | BRADSHAW, DARLENE | $864.00 | A | 132 |
| 59100 | 785 | 196006060 | 4 | BRANCO ENTERPRISES | $126,766.20 | A | 59 |
| 60800 | | 201000150 | 4 | BRILLHART, JOYCE | $435.00 | A | 136 |
| 62600 | 2688 | 196006270 | 4 | BROWN, JAMES | $6,286.76 | A | 82 |
| 65400 | 554 | | 4 | BURGOS, JOSE | $30,000.00 | A | 58 |
| 67900 | 1681 | 196006580 | 4 | BURNETT, MARCELLA | $7,972.80 | A | 307 |
| 68500 | 1944 | 196006610 | 4 | BURROUGHS, BRENT | $2,332.80 | A | 514 |
| 70400 | | 196006790 | 4 | CACTUS TRADING INC | $170.00 | A | 28 |
| 70700 | 23 | 196028880 | 4 | C.A.F. DBA PERFECT ART | $98,071.00 | A | 457 |
| 73100 | 999 | 196006920 | 4 | CANDLE-LITE | $54,664.92 | A | 522 |
| 73800 | 559 | | 4 | CAPITAL BUSINESS CREDIT, LLC | $341,630.70 | A | 175 |
| 81100 | 678 | 196007480 | 4 | CATSKILL CRAFTSMAN INC | $12,295.00 | A | 264 |
| 81200 | | 196007490 | 4 | CAVALIER CANDIES LTD | $1,934.00 | A | 295 |
| 81300 | 624 | 196007500 | 4 | CAVALIER SPORTSWEAR INC | $12,878.00 | A | 351 |
| 81500 | 1413 | 196007510 | 4 | CAVELLI, DANIEL | $25,000.00 | A | 200 |
| 82200 | 204 | | 4 | CDW CORPORATION | $2,813.62 | A | 37 |
| 83100 | 1162 | | 4 | CENTENNIAL | $3,181.47 | A | 118 |
| 84100 | 2503 | 196007690 | 4 | CERRA, JOSEPHINE | $1.00 | A | 470 |
| 84600 | 1670 | 196007710 | 4 | CHAMBERS, BRIAN | $462.40 | A | 411 |

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 87300 | 2923 | | 4 | CHEVERE, ANNETTE | $1.00 | A | 310 |
| 87300 | 1744 | 196007930 | 4 | CHEVERE, ANNETTE | $3,363.06 | A | 312 |
| 88000 | 1556 | 196007990 | 4 | CHRISTIAN, GEORGE | $61.20 | A | 429 |
| 90300 | 1597 | 196008150 | 4 | CITY OF DOVER | $11,116.00 | R | 103 |
| 91100 | 1327 | | 4 | CITY OF ORLAND PARK | $675.60 | A | 222 |
| 93700 | 838 | | 4 | CLAYTON COUNTY WATER AUTH | $2,924.68 | A | 106 |
| 94900 | 2658 | | 4 | CLOUD, MICHAEL L | $1,883.65 | A | 124 |
| 94900 | 2659 | 196008370 | 4 | CLOUD, MICHAEL | $1.00 | A | 167 |
| 95500 | | 196008410 | 4 | CMERIT USA INC | $51,994.00 | A | 373 |
| 95900 | 1570 | | 4 | CN USA INTERNATIONAL | $30,240.00 | A | 8 |
| 96200 | 1495 | | 4 | COATS, ROSIE V | $310.00 | A | 127 |
| 96500 | 1055 | | 4 | COCA-COLA BOTTLING CO. CONSOLIDATED | $13,598.58 | A | 427 |
| 96700 | 1165 | | 4 | COCA-COLA ENTERPRISES, INC. | $107,291.29 | A | 218 |
| 100100 | | 196008710 | 4 | COLUMBUS CITY TREASURER WATER | $331.00 | A | 227 |
| 100500 | | 196008740 | 4 | COLUMBUS FASTENERS INC. | $197.00 | A | 189 |
| 100700 | 1921 | 196008760 | 4 | COLUMBUS PRESS REPAIR | $3,084.06 | A | 273 |
| 101200 | 2278 | 196006730 | 4 | C.O. LYNCH ENTERPRISES INC | $91,546.04 | A | 243 |
| 101600 | 202 | | 4 | COMED CO. | $14,586.21 | A | 357 |
| 102100 | 1285 | 196008840 | 4 | COMMERCIAL CLEANING SERVICES | $35,144.00 | A | 248 |
| 109100 | 472 | 196009320 | 4 | COURIER-JOURNAL, THE | $204,525.48 | A | 134 |
| 110800 | 1302 | 196006740 | 4 | C.P. INTERNATIONAL, CORP. | $284,723.52 | A | 471 |
| 111000 | 17 | | 4 | C.R.A. INT'L INDUSTRIAL INC | $76,410.00 | A | 505 |
| 111100 | 884 | 201000360 | 4 | CRANE, KAYLA | $1.00 | A | 369 |
| 111400 | 601 | 196009500 | 4 | CRAYOLA LLC | $13,045.00 | A | 168 |
| 113900 | 2274 | 196009660 | 4 | CROWN CREDIT COMPANY | $6,506.57 | A | 520 |
| 114000 | | 196009690 | 4 | CRUTE, WILLIAM | $124.00 | A | 465 |
| 116500 | 470 | 196009920 | 4 | CWC INVENTORIES INC | $68,098.31 | A | 142 |
| 117700 | 1378 | 196010090 | 4 | DAHLBERG, PATRICIA | $472.00 | A | 412 |
| 118700 | 1259 | 196010150 | 4 | DAKOTA HOME PRODUCTS | $16,087.75 | A | 12 |
| 120200 | 860 | 196010260 | 4 | DANIELS, MAGDALENE | $24,502.40 | A | 364 |
| 120400 | 235 | | 4 | DANI II INC | $268,138.00 | R | 504 |
| 120800 | | 196010190 | 4 | DAN TRADING COMPANY | $22,242.00 | A | 390 |
| 121100 | 1350 | 201000420 | 4 | DATRES, CAREY | $376.29 | A | 284 |
| 121500 | 814 | 196010320 | 4 | DAVID GRAHAM LANDSCAPE | $4,200.00 | A | 343 |
| 122300 | 1692 | | 4 | DAVIS, ERMA J | $1.00 | A | 366 |
| 123500 | 685 | | 4 | DAYTON DAILY NEWS | $53,414.95 | A | 334 |
| 124100 | 1074 | 196010450 | 4 | DCS TECHNOLOGIES CORPORATION | $574.05 | A | 169 |
| 124400 | 2769 | 196010470 | 4 | DE BEUKELAER CORP | $4,575.00 | A | 393 |
| 129300 | 1040 | 196010860 | 4 | DEWALT, KELSEY | $249.60 | A | 214 |
| 129900 | | 196010890 | 4 | DIAO GROUP INTERNATIONAL | $23,898.00 | A | 46 |
| 130300 | 2562 | 196010920 | 4 | DICECCO, JOHN | $10,950.00 | A | 499 |
| 131400 | 655 | 196010990 | 4 | DIRECT INTERNATIONAL INC. | $68,695.00 | A | 93 |
| 134200 | 1899 | 196011290 | 4 | DMX MUSIC | $60,102.88 | A | 219 |
| 135700 | | 196011810 | 4 | DOLLY INC | $53,658.00 | A | 445 |
| 139700 | 2395 | 196012070 | 4 | DSW INC. | $6,640,208.00 | A | 521 |
| 140000 | | 196012090 | 4 | DUARTE, AMPARO | $270.94 | A | 331 |
| 140600 | 1010 | 196012110 | 4 | DUNBAR ARMORED | $28,390.45 | A | 254 |
| 142001 | 1582 | 196012270 | 4 | EARL MECHANICAL SERVICES | $47,335.41 | R | 452 |
| 142600 | 1293 | 196012350 | 4 | EASTLAND | $150,353.19 | A | 56 |
| 142700 | 2743 | 196012320 | 4 | EAST MAIN CENTERS-I LLC | $1.00 | A | 480 |
| 142900 | | 196012360 | 4 | EASY STREET | $292,233.00 | A | 176 |
| 144100 | 2521 | 196012440 | 4 | EDGINGTON, THERESA | $96.80 | A | 410 |
| 144400 | 1169 | | 4 | EGGEMEYER, NELDA | $50,000.00 | R | 321 |
| 145400 | 1930.02 | | 4 | ELESTAN REALTY CO., INC. | $38,186.67 | A | 135 |
| 146200 | | 196012250 | 4 | E-LO SPORTSWEAR LLC | $96.00 | A | 48 |
| 147300 | 683 | 196012600 | 4 | ENDAGRAGH INC | $3,998.69 | A | 139 |
| 148600 | 1359 | 196012710 | 4 | ENGLE, TIMOTHY | $548.72 | A | 166 |
| 149200 | 422 | 196012730 | 4 | EQUALS 4, INC. | $93,775.50 | A | 232 |
| 150500 | 124 | | 4 | ETHNIC PRINT MEDIA GROUP | $106,986.27 | A | 332 |
| 152300 | 764 | 196012950 | 4 | EXPO UNIFORM INC | $35,883.00 | A | 7 |
| 153800 | | 196013090 | 4 | FASHION BUSINESS CORP | $31,904.00 | A | 356 |
| 155700 | | 196013220 | 4 | FEDEX FREIGHT | $1,917.00 | A | 305 |
| 156000 | 1829 | 196013240 | 4 | FELLURE, CINDY | $314.00 | A | 308 |
| 157300 | 630 | 196013320 | 4 | FICEK ELECTRIC & COMMUNICATION | $2,561.63 | A | 157 |
| 158300 | 342 | | 4 | FINANCE ONE, INC | $206,056.50 | A | 144 |
| 162900 | | 196013690 | 4 | FORD, GLORIA | $435.96 | A | 99 |
| 163800 | 828 | 196013780 | 4 | FORTUNE DYNAMIC INC | $69,114.00 | A | 204 |
| 164400 | 867 | 196013810 | 4 | FOWLER, CARYN | $1,267.67 | A | 333 |
| 164800 | 2638 | | 4 | FOXFIRE PRINTING AND PACKAGING, INC. | $79,313.07 | A | 221 |
| 165500 | 1601 | 196013910 | 4 | FRANKLIN, BONNITA | $1,810.40 | A | 409 |
| 167100 | 1305 | | 4 | FRENCH COMPANY | $51,163.80 | A | 242 |

Value City Holdings, Inc., et al.

Class 4 General Unsecured Claims

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 168200 | | 196014040 | 4 | FRITO-LAY INC | $172,960.00 | A | 402 |
| 168600 | 1048 | 196014070 | 4 | FRUIT OF THE LOOM | $142,041.12 | A | 152 |
| 170200 | 1548 | 201000560 | 4 | GADE, JOHN | $377.40 | A | 34 |
| 172200 | 2663 | | 4 | GARRISON V. VALUE CITY DEPT STORES LLC | $75,000.00 | A | 360 |
| 172600 | 2282 | 196014350 | 4 | GASS ELECTRIC COMPANY | $1,151.66 | A | 432 |
| 173100 | 1715 | 196014370 | 4 | GATCO INC | $39,049.00 | A | 426 |
| 174100 | 1402 | 196014450 | 4 | GDS EXPRESS INC | $17,218.32 | A | 39 |
| 175500 | | 196014640 | 4 | GEL SPICE COMPANY INC. | $1,800.00 | A | 42 |
| 177200 | 909 | | 4 | GENNARO, INC. | $28,691.25 | A | 62 |
| 178800 | 1703 | 196014850 | 4 | GETACHEW, YESHE | $5,819.23 | A | 86 |
| 179500 | 1291 | 196014880 | 4 | GIBSON'S ELECTRICAL CONTR. | $8,589.76 | A | 79 |
| 181200 | 431 | 196015010 | 4 | GLOBE FOOTWEAR CORP | $154,145.00 | A | 250 |
| 181500 | 568 | | 4 | GMAC COMMERCIAL FINANCE, LLC | $261,530.56 | A | 251 |
| 182300 | 598 | 196015090 | 4 | GOLDEN HORSE ENTERPRISE INC | $5,465.80 | A | 193 |
| 182500 | 2463 | 196015110 | 4 | GOLDENSHTERN, TATYANA | $2,041.20 | A | 404 |
| 185600 | 691 | 196015250 | 4 | GOURMET INTERNATIONAL INC | $9,529.80 | A | 105 |
| 186200 | 1341 | 201000660 | 4 | GRAHAM, ELLEN | $1,070.65 | A | 503 |
| 189000 | 1672 | 196035610 | 4 | GREENE COMPANY, THE | $125,396.71 | A | 492 |
| 189200 | 22 | 196015480 | 4 | GREEN GUARD FIRST AID & SAFETY | $2,691.92 | A | 191 |
| 191400 | 2595 | | 4 | GRISSOM, KAREN | $24,000.00 | A | 165 |
| 192300 | 2584 | | 4 | GRUBB & ELLIS/ADENA REALTY ADVISORS AS | $2,672,631.29 | A | 297 |
| 193100 | 589 | 196014160 | 4 | G & S METAL PRODUCTS COMP. INC | $45,119.34 | R | 323 |
| 194700 | 1075 | 199000200 | 4 | HAAPALA, CHARLES | $877.68 | A | 172 |
| 195200 | 57 | | 4 | HAGGAR CLOTHING CO. | $39,436.50 | A | 247 |
| 197300 | 85 | 196016010 | 4 | HAMILTON BEACH BRANDS, INC. | $24,016.60 | A | 30 |
| 197900 | | 200000520 | 4 | HAMMOND, RODINA | $58.50 | A | 447 |
| 198900 | 1985 | 196016100 | 4 | HANGERS UNLIMITED INC. | $17,239.00 | A | 147 |
| 199100 | 1301 | | 4 | HANNAH ROSE COMPANY LP | $33,892.59 | A | 179 |
| 199700 | 2267 | 196016150 | 4 | HANSMAN, MARY | $29,095.38 | A | 330 |
| 200600 | 2542 | 196016200 | 4 | HARE, JAY | $7,277.81 | A | 122 |
| 201700 | 995 | 196016260 | 4 | HARRIS, BRENDA G. | $579.74 | A | 266 |
| 203700 | 425 | | 4 | HARVEY SINGER AND ASSOCIATES | $24,456.00 | A | 60 |
| 205500 | 2511 | | 4 | HAYNES, STUDNICKA, KAHAN, O'NEILL & | $15,978.28 | A | 350 |
| 209400 | 1328 | 196016650 | 4 | HERRON, ROSELLE | $733.60 | A | 121 |
| 210900 | 2496 | | 4 | HICKAM, JOHN P | $2,860.00 | A | 192 |
| 211100 | 2725 | 196016750 | 4 | HICKORY RIDGE PAVILION LLC | $88,680.99 | A | 486 |
| 213300 | 1303 | 201000790 | 4 | HOFFMAN, DARLENE | $5,284.62 | A | 392 |
| 214700 | 2476 | 196017000 | 4 | HONAKER, BILL | $515.13 | A | 318 |
| 215100 | 2323 | 201000810 | 4 | HOOPER, DIANA | $238.88 | A | 458 |
| 216900 | 710 | 196017290 | 4 | HOUSEWARES INTERNATIONAL | $10,263.20 | A | 246 |
| 217900 | 2576 | 196017340 | 4 | HOWELL, MELINDA | $1,368.80 | A | 87 |
| 219500 | 1969 | 196017440 | 4 | HUGHES, RITA | $1,187.20 | A | 111 |
| 221400 | 1406 | 196017520 | 4 | HY-TEK MATERIAL HANDLING, INC. | $42,290.73 | A | 84 |
| 222800 | 1393 | 196017730 | 4 | I.C. ISAACS & CO INC | $34,335.00 | A | 263 |
| 225300 | 698 | 196018290 | 4 | IMPULSE | $29,475.00 | A | 73 |
| 225800 | 2742 | 196018330 | 4 | INDEPENDENCE LIMITED LIABILITY COMPANY | $1.00 | A | 482 |
| 226400 | 659 | 196018360 | 4 | INDIANAPOLIS STAR | $63,426.68 | A | 163 |
| 226900 | 1559 | 196018400 | 4 | INDUSTRIAL SECURITY SERVICE INC. | $75,017.91 | A | 70 |
| 227100 | | 196018410 | 4 | INDUSTRIAL VALLEY GAS & DIESEL | $1,518.00 | A | 377 |
| 227200 | 365 | | 4 | INDY CLEAN SWEEP | $11,583.00 | A | 345 |
| 228800 | 596 | 196018610 | 4 | INTERDESIGN INC | $17,398.90 | A | 69 |
| 229100 | 1928 | 196018640 | 4 | INTERNATIONAL CLOSEOUTS LLC | $1.00 | A | 241 |
| 230900 | 1351 | 196018750 | 4 | IRONTON TRIBUNE | $2,186.10 | A | 120 |
| 233100 | 473 | | 4 | JACOBS, ARNOLD L. | $199,973.07 | A | 464 |
| 234500 | 234 | | 4 | JAYLYN SALES | $424,158.65 | R | 394 |
| 234700 | | 196019100 | 4 | JC STEED APPAREL | $7,152.00 | A | 63 |
| 235800 | | 196019170 | 4 | JEFF WYCKOFF | $13,880.00 | A | 85 |
| 236000 | 1542 | | 4 | JEHLING, RICHARD A. | $125.06 | A | 201 |
| 237500 | 1300 | | 4 | JEWEL BOX DESIGNS | $9,240.00 | A | 178 |
| 237700 | 715 | 196019290 | 4 | JEWEL-CRAFT INC | $1,129.50 | A | 374 |
| 238700 | 555 | | 4 | J.J'S MAE, INC. | $21,137.00 | A | 177 |
| 239400 | 1099 | | 4 | J.M.W. REALTY CO, II LLC | $32,418.79 | A | 249 |
| 242400 | 2281 | 199000230 | 4 | JONES, HELEN | $5,000.00 | A | 173 |
| 244400 | 2301 | 196019760 | 4 | JOYCE, DOREEN | $59.76 | A | 324 |
| 245100 | 2741 | | 4 | JUBILEE LTD PARTNERSHIP | $1.00 | A | 479 |
| 245200 | 2740 | 196019800 | 4 | JUBILEE-SAWMILL LLC | $1.00 | A | 481 |
| 246400 | 1039 | 196018840 | 4 | J W S INTIMATES INC. | $8,490.00 | A | 98 |
| 248700 | 1409 | 196020020 | 4 | KARL KANI JEANS | $1,388.00 | A | 442 |
| 251100 | 1015 | 196020160 | 4 | KEARSE, PATSY | $638.00 | A | 294 |
| 251600 | 1509 | 196020190 | 4 | KEDS CORP | $116,949.50 | A | 126 |
| 251800 | 1316 | 196020200 | 4 | KEEGAN, JAMES | $186.90 | A | 316 |

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 252300 | 587 | | 4 | KEISTER'S SECURITY SERVICE | $325.31 | A | 137 |
| 254300 | | 196020320 | 4 | KENT FIXTURE CORPORATION | $635.00 | A | 32 |
| 257700 | 481 | | 4 | KIMCO REALTY CORPORATION | $1.00 | A | 116 |
| 258700 | | 196020670 | 4 | KING COFFEE SERVICES | $428.00 | R | 188 |
| 259100 | 182 | | 4 | KINGSTON GROUP INC | $67,281.67 | A | 269 |
| 260900 | 1390 | 196020830 | 4 | KLUG, STEVEN | $359,000.00 | A | 226 |
| 262700 | | 196020960 | 4 | KOMAN SPORTSWEAR | $5,368.00 | R | 52 |
| 264100 | 2329 | 200000790 | 4 | KRAPF, REBECCA | $250.32 | A | 513 |
| 264400 | 1358 | 196021070 | 4 | KRAUSS, RONALD | $9,672.15 | A | 259 |
| 264800 | 2629 | 196021080 | 4 | KREMER, KAREN | $7,105.30 | A | 474 |
| 265500 | 1929 | | 4 | KULCHAR, REYNOLD M | $1.00 | A | 209 |
| 265700 | 2758 | 196021120 | 4 | KUPCHIK, IZYA | $1,036.80 | A | 315 |
| 266300 | 772 | 196021160 | 4 | KWAME, NANAOSEI | $1.00 | A | 462 |
| 266600 | 2594 | 196021140 | 4 | KW TEXTILE | $27,053.71 | A | 102 |
| 267100 | 1662 | | 4 | LACLEDE GAS COMPANY | $610.13 | A | 140 |
| 267300 | 1348 | 196021320 | 4 | LAFATA, MOLLY | $830.38 | A | 150 |
| 268900 | 1318 | | 4 | LANCASTER UTILITIES COL OFFICE | $1,500.30 | R | 236 |
| 271100 | 582 | 196021510 | 4 | LAURA GLASS WORKS INT'L INC | $10,164.00 | A | 133 |
| 272100 | | 196021560 | 4 | LAWSON, MARY | $3,892.31 | A | 433 |
| 274100 | | 196021680 | 4 | LEES CURTAIN COMPANY | $80.00 | A | 27 |
| 275200 | | 196021760 | 4 | LEISURE MERCHANDISING CORP. | $158,360.00 | A | 131 |
| 275400 | 1949 | 196021770 | 4 | LEMLEY, KAREN | $1,172.48 | A | 88 |
| 276500 | | 196021220 | 4 | L'ETOILE INC | $9,530.00 | A | 506 |
| 278200 | 1381 | 196021860 | 4 | LEW LAUSE PHOTOGRAPHY | $17,500.00 | A | 186 |
| 279100 | 1380 | 196021990 | 4 | LIEBMAN, ALEX | $300,000.00 | A | 341 |
| 279500 | | 196021260 | 4 | L.I. LOCKSMITH & ALARM CO INC | $840.00 | A | 354 |
| 280201 | 3024 | 196022050 | 4 | LINDSEY, GLENDA | $138.40 | A | 430 |
| 280300 | 2464 | 196022070 | 4 | LINKE, PAMELA | $526.15 | A | 431 |
| 285400 | 930 | 196022280 | 4 | LOCAL 23 LEGAL FUND | $40.85 | A | 453 |
| 285400 | 929 | | 4 | LOCAL 23 HEALTH FUND | $600.81 | A | 454 |
| 285700 | 2615 | 200000020 | 4 | LOCAL 881 UNITED FOOD & COMMERCIAL | $31,811.96 | A | 285 |
| 287700 | 1046 | 196022430 | 4 | LOUISIANA FISH FRY PRODUCTS | $11,515.80 | A | 181 |
| 288500 | 927 | 196022460 | 4 | LOUK, BONNIE | $1.00 | A | 10 |
| 288500 | 928 | | 4 | LOUK, BONNIE L | $10,354.62 | A | 14 |
| 289800 | 2642 | 196021270 | 4 | L.R. RESOURCES INC | $61,126.00 | A | 397 |
| 291600 | 1265 | 196022620 | 4 | LYNN ROBERTS INTERNATIONAL INC | $73,980.56 | A | 183 |
| 291900 | 1095 | 196022710 | 4 | MACCORMACK, CYNTHIA | $704.00 | A | 275 |
| 292800 | 1968 | 196022780 | 4 | MAGINN, SUZANNE | $69.55 | A | 329 |
| 293900 | 2634 | | 4 | MAIN STREET LOUNGE WEAR INC. | $16,068.00 | A | 472 |
| 294100 | 2378 | 196022890 | 4 | MAINSTREET PROMOTIONS | $165,250.00 | A | 519 |
| 295100 | 2606 | | 4 | MANALAPAN REALTY LP | $625,993.71 | A | 4 |
| 295600 | 2315 | 196022950 | 4 | MANLEY-HARTMAN, DEBRA | $24,242.40 | A | 81 |
| 297100 | 1091 | 196023080 | 4 | MARKEE ELECTRIC INC. | $2,327.40 | A | 229 |
| 297300 | 2549 | 196023090 | 4 | MARKET TRACK LLC | $36,000.00 | A | 342 |
| 298400 | 29 | | 4 | MARSHALL, MICHAEL J. | $15,306.73 | A | 451 |
| 298900 | 2354 | 196023170 | 4 | MARTINEZ-BAYNES, MARIA | $8,785.50 | A | 515 |
| 302100 | 574 | | 4 | MAXINE DENKER INC | $21,420.52 | A | 363 |
| 304100 | | 196023470 | 4 | MCCARTHY INDUSTRIES LTD | $17,719.00 | A | 107 |
| 304200 | 2569 | 196023480 | 4 | MCCAULEY, LYNN | $22,472.88 | A | 455 |
| 306100 | 1143 | | 4 | MCGRATH, SHIRLEY | $300,000.00 | A | 161 |
| 307000 | 1687 | 201001130 | 4 | MCMASTER, CATHERINE | $518.84 | A | 268 |
| 309500 | | 196023790 | 4 | MEGA BRANDS AMERICA INC | $22,367.00 | A | 202 |
| 310300 | 1079 | 196023700 | 4 | ME HEUCK CO | $18,899.00 | A | 108 |
| 311900 | 69 | 196023980 | 4 | MERRILL & FORBES, INC. | $55,686.00 | A | 400 |
| 312000 | | 196023990 | 4 | MERRILLVILLE FLORIST INC. | $54.00 | A | 396 |
| 312300 | 1319 | 196024020 | 4 | MESKHI, SVETLANA | $1.00 | A | 208 |
| 312500 | 78 | | 4 | METHFESSEL & WERBEL P C | $598.78 | A | 381 |
| 312500 | 93 | | 4 | METHFESSEL & WERBEL P C | $1,269.42 | A | 382 |
| 312500 | 79 | | 4 | METHFESSEL & WERBEL P C | $1,549.10 | A | 383 |
| 312500 | 95 | | 4 | METHFESSEL & WERBEL P C | $1,786.20 | A | 384 |
| 312500 | 92 | | 4 | METHFESSEL & WERBEL P C | $2,221.82 | A | 385 |
| 312500 | 97 | | 4 | METHFESSEL & WERBEL P C | $913.63 | A | 386 |
| 312500 | 96 | | 4 | METHFESSEL & WERBEL P C | $78.13 | A | 387 |
| 312500 | 94 | | 4 | METHFESSEL & WERBEL P C | $118.75 | A | 388 |
| 314300 | 1889 | 196022680 | 4 | M. HIDARY & CO. INC. | $45,894.00 | A | 1 |
| 315400 | 1653 | 196024190 | 4 | MICROLAUNCH, INC. | $5,775.00 | A | 516 |
| 316900 | 2268 | 196024290 | 4 | MILICIC, MONICA | $7,503.40 | A | 83 |
| 319600 | 645 | 196024410 | 4 | MILLS, CHARLENE | $1,024.80 | A | 13 |
| 319700 | 98 | | 4 | MILTON STORAGE SYSTEMS | $424.00 | A | 372 |
| 319800 | | 196024430 | 4 | MINER, REBECCA | $249.60 | A | 156 |
| 320000 | 985 | 196024450 | 4 | MINNETONKA MOCCASIN CO INC | $8,784.00 | A | 159 |

EXHIBIT B

Value City Holdings, Inc., et al.

Class 4 General Unsecured Claims

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 320400 | 1089 | 196024480 | 4 | MISHAWAKA UTILITIES | $18,811.25 | A | 162 |
| 321600 | 1103 | 196022690 | 4 | M.K. WEIL SHOE CO. | $56,050.80 | A | 450 |
| 322400 | 502 | 196024550 | 4 | MM&R/NEW VISION APPAREL | $14,000.00 | A | 401 |
| 324600 | 722 | | 4 | MONSON, BONNIE | $5,536.00 | A | 328 |
| 324800 | 1514 | 196024740 | 4 | MONTAGE | $1.00 | A | 207 |
| 325200 | 2470 | 196024770 | 4 | MONTFORD, ORBIA | $2,492.00 | A | 501 |
| 325400 | | 201001170 | 4 | MOORE, CATHY | $246.05 | A | 508 |
| 326100 | 997 | 196024830 | 4 | MORA-ACOSTA, ALTAGRACIA | $100,000.00 | A | 495 |
| 326800 | 2453 | 196024870 | 4 | MORGAN, TAMARA | $359.94 | A | 405 |
| 328600 | | 196025000 | 4 | MOUNTAIN VIEW INDUSTRIES, INC | $15,722.00 | A | 171 |
| 330500 | | 196022700 | 4 | M.S.J. PROPERTIES | $200.00 | A | 67 |
| 332200 | 2390 | 196025280 | 4 | MURRAY, ROBERT | $808.08 | A | 500 |
| 334100 | 1030 | 196025410 | 4 | NAPIER, SHERRY | $199.92 | A | 428 |
| 337700 | 1586 | | 4 | NATIONAL SEMI-TRAILER CORP. | $8,490.00 | A | 290 |
| 338100 | 817 | 196025850 | 4 | NATIONAL TRAILER STORAGE | $148.62 | A | 376 |
| 338300 | 740 | 196026690 | 4 | NATIONAL WASTE ASSOCIATES, LLC | $61,676.24 | A | 256 |
| 338600 | 614 | 196026710 | 4 | NBC ELECTRONICS | $57,120.00 | A | 466 |
| 341000 | 477 | | 4 | NEW BALANCE ATHLETIC SHOE, INC | $88,751.45 | A | 440 |
| 346600 | 155 | | 4 | NORTHERN INDIANA PUBLIC SERVICE COMPANY | $16,367.42 | A | 199 |
| 347300 | 2627 | 201001280 | 4 | NORTHWAY GROUP, L.P. | $563,473.71 | A | 525 |
| 350000 | 1501 | | 4 | MAYS, PEARL | $1.00 | A | 282 |
| 352300 | | 196027730 | 4 | OHIO JEWISH CHRONICLE | $1,116.00 | A | 213 |
| 352900 | 771 | 196027770 | 4 | OKRAH, FLORENCE | $146.40 | A | 371 |
| 353600 | | 196027860 | 4 | OLIVET INTERNATIONAL INC. | $226.00 | R | 257 |
| 354000 | 237 | | 4 | OMEGA APPAREL LTD | $62,760.00 | A | 194 |
| 356200 | 3019 | | 4 | OSPINO, LEONOR | $67.50 | A | 25 |
| 357700 | 1273 | 196028090 | 4 | OXFORD INDUSTRIES INC. | $45,642.56 | A | 518 |
| 358500 | 675 | 196028320 | 4 | PACO SPORTS LTD | $27,450.00 | A | 359 |
| 358900 | 1528 | 196028340 | 4 | PADGETT, WINFRED | $526.40 | A | 368 |
| 361200 | 2334 | 196028510 | 4 | PARIGI GROUP LTD | $103,747.20 | A | 436 |
| 364900 | 255 | | 4 | PECO ENERGY COMPANY | $43,963.27 | A | 348 |
| 365200 | 2332 | | 4 | PELAIA, MARY R. | $25,000.00 | A | 57 |
| 365500 | 1386 | | 4 | PELLICCIO, RHONDA | $3,920.00 | A | 164 |
| 368400 | 1550 | 196028980 | 4 | PETERS, CONNIE | $698.40 | A | 407 |
| 374300 | 636 | 196019480 | 4 | PONTICIAN, JOHN | $325.00 | A | 380 |
| 374900 | 2319 | 196029400 | 4 | PORTER, DEMETRIA | $765.88 | A | 510 |
| 376000 | | 196029480 | 4 | POWELL CO. | $54,000.00 | A | 146 |
| 376900 | | 196029540 | 4 | PRAIRIE FARMS DAIRY INC | $106.00 | A | 223 |
| 379000 | 389 | 196029690 | 4 | PRINTSOURCE GROUP | $39,017.87 | A | 149 |
| 379300 | | 196029740 | 4 | PRODUCTS UNLIMITED | $42,808.00 | A | 237 |
| 381700 | 801 | 196029890 | 4 | PUTERBAUGH, ROBIN | $4,624.00 | A | 311 |
| 382800 | 816 | 196029990 | 4 | QUEST SERVICE LABS | $527.04 | A | 196 |
| 385400 | 2707 | 196030250 | 4 | RAMSEY, JAMES | $1.00 | A | 418 |
| 388200 | 1094 | | 4 | RECORD COPY SERVICES | $313.25 | A | 154 |
| 388500 | | 201001440 | 4 | REDHEAD, CARLA | $68.00 | A | 502 |
| 389100 | | 196030560 | 4 | REEDSDALE SALES CORPORATION | $2,160.00 | A | 16 |
| 390000 | 1476 | 196030610 | 4 | RELIABLE OF MILWAUKEE | $8,213.40 | A | 97 |
| 390200 | 1245 | 196030630 | 4 | REMAC | $124,980.00 | A | 203 |
| 391200 | 1272 | 196030710 | 4 | RETAIL MAINTENANCE | $9,267.95 | R | 434 |
| 392800 | 1959 | | 4 | R.G. BARRY CORPORATION | $51,584.00 | A | 258 |
| 393000 | 281 | | 4 | R & H INVESTMENTS | $1,053,703.00 | A | 43 |
| 393800 | 1395 | 201001490 | 4 | RICE, ROCHELLE | $350,000.00 | A | 24 |
| 394700 | | 196031010 | 4 | RICHARDSON BROTHERS INC | $3,237.00 | A | 100 |
| 395700 | 1357 | 202000340 | 4 | RINE, LEN | $2,378.50 | A | 415 |
| 398000 | | 196031150 | 4 | ROBERT DIETRICH | $7,401.00 | A | 344 |
| 402400 | 1702 | 196031500 | 4 | ROSE, MICHAEL | $473.08 | A | 148 |
| 403300 | 146 | | 4 | ROTO ROOTER SERVICES COMPANY | $399.00 | A | 325 |
| 403500 | 892 | | 4 | ROUNDUP FUNDING, LLC | $779.04 | R | 224 |
| 404400 | 1465 | 196031610 | 4 | RSI AMERICAS LLC | $275.00 | A | 301 |
| 404700 | 1014 | | 4 | RUBBERMAID HOME PRODUCTS, DIVISION OF | $38,095.30 | A | 216 |
| 405800 | 2355 | 196031680 | 4 | RUSSELL, LEIGH | $24,169.20 | A | 319 |
| 408600 | 1598 | 196031890 | 4 | SAMPSON, JOAN | $1,424.10 | A | 408 |
| 410900 | 1158 | 196032080 | 4 | SARPOMAH, VICTORIA | $77.40 | A | 253 |
| 412300 | 1845 | 201001550 | 4 | SAVAGE, RUTH | $20,000.00 | A | 491 |
| 413100 | 1020 | 196032230 | 4 | SCHAEFER WATER CENTERS | $131.14 | A | 210 |
| 413200 | 1117 | 196018970 | 4 | SCHAFFEL, JACQUELYN L | $7,900.00 | A | 346 |
| 416400 | | 196032460 | 4 | SCHOTTENSTEIN STORES CORP | $957,223.00 | A | 483 |
| 417100 | 2753 | | 4 | SCHOTTENSTEIN STORES CORPORATION | $1.00 | A | 476 |
| 417100 | 2754 | | 4 | SCHOTTENSTEIN STORES CORPORATION | $1.00 | A | 477 |
| 417100 | 2726 | | 4 | SCHOTTENSTEIN STORES CORPORATION | $81,903.42 | A | 484 |
| 417100 | 2731 | | 4 | SCHOTTENSTEIN STORES CORPORATION | $217,636.00 | A | 485 |

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 417300 | 2724 | | 4 | SCHOTTENSTEIN TRUSTEES | $1.00 | A | 478 |
| 417500 | 1138 | 196032620 | 4 | SCHUELLER, ELIZABETH | $1,000,000.00 | R | 239 |
| 420100 | | 196032760 | 4 | SELINI NECKWEAR INC | $51,138.00 | A | 306 |
| 421100 | 661 | 196032830 | 4 | SHACKELFORD'S FLORIST | $65.56 | R | 96 |
| 423000 | 1326 | 196032960 | 4 | SHEEDY PAVING, INC. | $2,456.45 | A | 289 |
| 424300 | 1050 | 196033040 | 4 | SHEVLIN, LINDA | $150,000.00 | A | 336 |
| 424900 | 511 | | 4 | SHIVER SECURITY SYSTEMS INC. | $505.20 | A | 104 |
| 426300 | | 196033160 | 4 | SHUGARAY LLC | $67.00 | A | 47 |
| 426500 | 1410 | 196033180 | 4 | SIEGFRIED & PARZIFAL INC | $35,529.60 | A | 441 |
| 428000 | 627 | 196033290 | 4 | SIMMS, CLYTEE | $947.29 | A | 215 |
| 428500 | 271 | | 4 | SIMON ROOFING & SHEET METAL CORPORATION | $92,285.74 | A | 424 |
| 429400 | 2377 | 196033390 | 4 | SIZEMORE, DELORES | $75,000.00 | A | 490 |
| 430700 | 440 | | 4 | S. LICHTENBERG & CO., INC. | $33,289.95 | A | 5 |
| 431200 | 1131 | | 4 | SLONE, STEVE | $1.00 | A | 11 |
| 431300 | 2333 | | 4 | SLY FOX APPAREL GROUP LLC | $69,384.00 | A | 438 |
| 431600 | 120 | | 4 | SMALL, GEOFFREY M. | $182,217.72 | A | 49 |
| 431600 | | 196014800 | 4 | GEOFFREY M SMALL | $1,111.00 | A | 50 |
| 431600 | 121 | | 4 | SMALL, GEOFFREY M. | $18,064.42 | A | 51 |
| 434000 | 1276 | 201001630 | 4 | SMITH, KIM | $437.76 | A | 17 |
| 437900 | 590 | 196033760 | 4 | SOHNEN ENTERPRISES INC | $105,407.16 | A | 33 |
| 438700 | | 196033800 | 4 | SON SCHEIN PRESS | $17,670.00 | A | 245 |
| 438900 | | 196033840 | 4 | SOONG YEE ENTERPRISES INC | $360.00 | A | 361 |
| 439300 | 336 | | 4 | SORT & PACK, INC. | $25,296.58 | R | 288 |
| 439800 | 1656 | | 4 | SOURCE SUPPLY INC | $717.52 | A | 265 |
| 440300 | 248 | 199000590 | 4 | SOUTH FLINT PLAZA, LLC | $533,895.31 | A | 155 |
| 441300 | 615 | 196033990 | 4 | SOY VAY ENT INC | $10,080.00 | A | 75 |
| 442300 | 2585 | | 4 | SPERRY VAN NESS/HORIZONS LLC AS RECEIVER | $732,620.46 | A | 300 |
| 442400 | 2586 | | 4 | SPERRY VAN NESS/HORIZONS LLC AS RECEIVER | $355,746.60 | A | 296 |
| 442500 | 2581 | | 4 | SPERRY VAN NESS/HORIZONS LLC AS RECEIVER | $708,518.42 | A | 298 |
| 443000 | | 196034090 | 4 | SPIRITE INDUSTRIES INC | $11,280.00 | A | 182 |
| 443700 | 1006 | 196034120 | 4 | SPORT-ELLE INC | $13,535.00 | A | 21 |
| 445100 | 2733 | | 4 | SSC-FORT WAYNE, LLC | $26,168.02 | A | 488 |
| 445300 | 2321 | | 4 | S. SLESNICK COMPANY | $1,075.86 | A | 255 |
| 446900 | | 196034370 | 4 | STAR FOODS & GENERAL MERCH | $3,060.00 | A | 68 |
| 447000 | 595 | | 4 | STARK CO SANITARY ENG DEPT SWR | $26.39 | A | 40 |
| 447400 | 1407 | 196034460 | 4 | STARMAX RESOURCE LLC | $1.00 | A | 365 |
| 449600 | | 196034540 | 4 | STERLING CONSTRUCTION CO., INC. | $525.00 | A | 314 |
| 452900 | 2465 | 196034710 | 4 | STRAIGHT UP EQUIPMENT COMPANY | $397.34 | A | 225 |
| 454500 | 1053 | 196034840 | 4 | SUMMER RIO CORP. | $107,725.20 | A | 231 |
| 455200 | 1058 | 196034890 | 4 | SUPPLYONE CLEVELAND INC | $55,268.13 | R | 517 |
| 455400 | 531 | | 4 | SURE FIT INC. | $85,356.15 | A | 340 |
| 458600 | 1958 | 196035180 | 4 | TALL, MOUSSA | $1,638.00 | A | 367 |
| 462100 | 109 | | 4 | TECHNICAL MAINTENANCE SUPPORT, INC. | $57,312.05 | A | 160 |
| 462600 | 172 | 196035390 | 4 | TELEPHONE INSTALLATION & MAINTENANCE | $4,622.58 | A | 54 |
| 464000 | | 201001770 | 4 | TERRELL, ALMEDA | $376.40 | A | 267 |
| 465400 | 414 | | 4 | THE EVENING SUN DBA | $13,654.07 | A | 72 |
| 467300 | 821 | | 4 | THE SANITARY BD SO CHARLESTOWN | $866.46 | A | 286 |
| 469900 | 1755 | 199000650 | 4 | THOMPSON, MARLENE | $500,000.00 | A | 153 |
| 471100 | 1883 | 196036030 | 4 | TIEMANN'S | $2,942.64 | A | 493 |
| 471600 | 250 | 196035790 | 4 | TIMBERLAND | $138,451.00 | A | 143 |
| 472200 | 677 | 196035810 | 4 | TIMES LEADER INC, THE | $12,264.89 | A | 313 |
| 473100 | 1249 | 196036220 | 4 | TIVOLI SQUARE II LTD | $41,550.00 | A | 9 |
| 475200 | 748 | 196036340 | 4 | TOTALLY TODAY / GOOD DEALS | $39,893.00 | A | 74 |
| 476000 | 55 | | 4 | TRADE LINES INC. | $16,312.50 | A | 507 |
| 478600 | 1254 | 196036600 | 4 | TRIANGLE SIGN & SERVICE | $660.00 | A | 15 |
| 478800 | 2340 | | 4 | TRIBUNE COMP D/B/A CHICAGO TRIBUNE | $293,582.62 | A | 119 |
| 478900 | 2338 | | 4 | TRIBUNE COMP D/B/A DAILY PRESS | $60,527.45 | A | 145 |
| 479000 | 2339 | | 4 | TRIBUNE COMP D/B/A HOY CHICAGO | $5,997.00 | A | 233 |
| 479900 | 1834 | | 4 | TRISTATE SERVICE AND MAINTENANCE, LLC | $6,435.00 | A | 180 |
| 480600 | 2737 | 196036720 | 4 | TRUSS REALTY CO. | $112,104.49 | A | 487 |
| 481000 | 2644 | 196036750 | 4 | TUCKER, BARBARA | $1.00 | A | 463 |
| 481700 | 19 | | 4 | TURBIE TWIST, LLC | $3,300.00 | A | 195 |
| 482700 | 2636 | 196036870 | 4 | TWO LIPS SHOE COMPANY | $3,564.00 | A | 92 |
| 484600 | 1987 | 196037100 | 4 | UNION APPAREL GROUP LTD | $6,323.00 | A | 326 |
| 484900 | 3088 | | 4 | UNITED FOOD AND COMM WORKERS UNION LOCAL | $3,622,429.00 | R | 523 |
| 485600 | 2413 | 196004630 | 4 | UNITED FOOD & COMMERCIAL WORKERS INTL. | $8,110.26 | A | 475 |
| 485900 | 2613 | | 4 | UNITED FOOD & COMMERCIAL WORKERS UNIONS | $1,052.08 | A | 421 |
| 486300 | 424 | | 4 | UNITED PARCEL SERVICE | $3,281.49 | A | 170 |
| 487800 | 1369 | 196037370 | 4 | URBOWICZ, JOLYNN | $96.86 | A | 114 |
| 488900 | 2568 | 196036930 | 4 | U S WINDOW FASHION SUPPLY | $171,276.00 | A | 283 |
| 489000 | | 196037450 | 4 | VALEGA, CATERINE | $114.00 | A | 76 |

EXHIBIT B

Value City Holdings, Inc., et al.

Class 4 General Unsecured Claims

| BSI Internal Number | Claim Number | Schedule Number | Plan Class | Name | Voting Amount | (A)ccept / (R)eject | Ballot Number |
|---|---|---|---|---|---|---|---|
| 489100 | 714 | 196037460 | 4 | VALENCIA IMPORTS | $51,660.00 | R | 53 |
| 489300 | 2736 | 196037480 | 4 | VALLEY FAIR / CORPORATION | $321,970.95 | A | 489 |
| 490300 | 372 | | 4 | VALUE SOURCE INTERNATIONAL | $70,053.75 | R | 20 |
| 491000 | | 196037560 | 4 | VAN HEUSEN COMPANY | $1,841.00 | A | 277 |
| 492600 | 1981 | 196037690 | 4 | VEGGIES LLC | $410,541.90 | R | 358 |
| 494200 | 1454 | 196037820 | 4 | VIENGKHAMKEO, NIMNOUAN | $1.00 | A | 113 |
| 494500 | | 196037840 | 4 | VILLAGE OF NILES | $460.00 | R | 77 |
| 497500 | | 196037420 | 4 | V S SPORT LTD | $22,785.00 | A | 2 |
| 498400 | 1684 | 196038190 | 4 | WAGNER, REBECCA | $3,256.73 | A | 417 |
| 498700 | 110 | | 4 | WALDMANN, WILLIAM H. | $12,979.54 | R | 338 |
| 500000 | 610 | 196038290 | 4 | WALTERS, DEBORA | $829.17 | A | 3 |
| 500200 | | 201001920 | 4 | WALTERS, JOHNNA | $478.80 | A | 35 |
| 500500 | 1587 | 196034580 | 4 | WALTERS, STEVEN A | $16,616.66 | A | 355 |
| 501400 | 2485 | 196038400 | 4 | WASHINGTON-BROWN, B'LINDA | $5,388.99 | A | 327 |
| 503700 | 99 | | 4 | WEAVER, FRANCES | $3,809.52 | A | 262 |
| 504700 | 2459 | 196038580 | 4 | WELLE, ABOU | $5,617.25 | A | 130 |
| 505900 | 2882 | 196038500 | 4 | WE'RE IT | $2,439.00 | A | 389 |
| 508100 | 939 | 196038770 | 4 | WHEELING NEWSPAPERS INC | $13,473.00 | A | 303 |
| 508500 | 2285 | 200001490 | 4 | WHITE, RITA | $13,145.60 | A | 299 |
| 509000 | 1329 | 196038820 | 4 | WHITNEY, JANET | $4,080.77 | A | 61 |
| 510700 | 423 | | 4 | WILLIAMS, BOB | $38,926.92 | A | 101 |
| 513000 | | 196039000 | 4 | WILMINGTON NEWS JOURNAL | $106,342.00 | A | 31 |
| 515400 | 37 | 196039120 | 4 | WOLVERINE WORLD WIDE, INC | $301,153.25 | A | 197 |
| 517300 | 1289 | 196039180 | 4 | WORK SMART SERVICES, L.L.C. | $42,952.00 | A | 494 |
| 519500 | | 196040070 | 4 | XING LIN (USA) INTERNATIONAL | $252.00 | A | 6 |
| 519700 | 168 | | 4 | XPEDX, AN INTERNATIONAL PAPER COMPANY | $8,850.00 | A | 349 |
| 521900 | 413 | | 4 | YORK NEWSPAPER COMPANY DBA | $5,000.00 | A | 71 |
| 523500 | | 196040290 | 4 | ZARALO LLC | $698.00 | A | 45 |
| 524300 | 2328 | 196040400 | 4 | ZORESCO EQUIPMENT CO. | $3,660.50 | A | 66 |
| 525010 | 3087 | 196024090 | 4 | METRO SWEEPING SERVICES INC | $3,816.00 | A | 281 |

EXHIBIT C

Value City Holdings, Inc., et al.

Report of Ballots Excluded from Tabulation

| CLAIM NO. | SCHEDULE NO. | PLAN CLASS | NAME | VOTE AMOUNT | (A)CCEPT / (R)EJECT | BALLOT NO. | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1652 | 196001550 | 4 | AGYEMEN, VIDA | $1.00 | A | 174 | CLAIM SUBJECT TO FILED OBJECTION |
| 1808 | 202000010 | 4 | ALLINDER, DALE | $1,156.62 | A | 473 | CLAIM SUBJECT TO FILED OBJECTION |
| 2290 | 196006020 | 4 | BRAGG, SHIRLEY | $8,105.45 | A | 512 | CLAIM SUBJECT TO FILED OBJECTION |
| 2522 | 196006230 | 4 | BROOKS, NORA | $1.00 | A | 309 | CLAIM SUBJECT TO FILED OBJECTION |
| 2632 | | 4 | BURTON, PAMELA L | $8,441.10 | A | 446 | CLAIM SUBJECT TO FILED OBJECTION |
| 2479 | 201000270 | 4 | BYERS, MICHELE | $1.00 | A | 419 | CLAIM SUBJECT TO FILED OBJECTION |
| 625 | | 4 | CAMPBELL, TONY J | $18,234.59 | A | 352 | CLAIM SUBJECT TO FILED OBJECTION |
| 1060 | 196007240 | 4 | CARR, DEBRA | $96.40 | A | 291 | CLAIM SUBJECT TO FILED OBJECTION |
| 1129 | 196007420 | 4 | CASTELLO, ANNE | $8,718.00 | A | 353 | CLAIM SUBJECT TO FILED OBJECTION |
| 1541 | | 4 | CASTNER, DONNA J. | $10,655.10 | A | 362 | CLAIM SUBJECT TO FILED OBJECTION |
| 1551 | 196008260 | 4 | CLAPSADDLE, BEATRICE | $120.80 | A | 302 | CLAIM SUBJECT TO FILED OBJECTION |
| 2456 | 202000090 | 4 | CLIFTON, LEONARD | $4,281.71 | A | 375 | CLAIM SUBJECT TO FILED OBJECTION |
| 2885 | 196009130 | 4 | COOK, GLADYS | $96.84 | A | 270 | CLAIM SUBJECT TO FILED OBJECTION |
| 1680 | 196009510 | 4 | CREASAP, JOHANNA | $8,826.92 | A | 423 | CLAIM SUBJECT TO FILED OBJECTION |
| 632 | 196009570 | 4 | CRESS, SHEILA | $1.00 | A | 110 | CLAIM SUBJECT TO FILED OBJECTION |
| 75 | | 4 | CRIPPEN, ANDREA | $775.00 | A | 260 | CLAIM SUBJECT TO FILED OBJECTION |
| 1269 | 196010170 | 4 | DALTON, JULIE | $1.00 | A | 112 | CLAIM SUBJECT TO FILED OBJECTION |
| 2708 | | 4 | DURAN, DELCIX A | $1.00 | R | 469 | CLAIM SUBJECT TO FILED OBJECTION |
| 975 | 196012570 | 4 | EMBAYE, ADDISALEM | $1.00 | R | 115 | CLAIM SUBJECT TO FILED OBJECTION |
| 2370 | | 4 | FESSLER, ALAN K | $13,788.48 | A | 467 | CLAIM SUBJECT TO FILED OBJECTION |
| 2264 | 196013290 | 4 | FETTERS, LAVINIA | $2,730.00 | A | 496 | CLAIM SUBJECT TO FILED OBJECTION |
| 2703 | | 4 | FOWLE, CATHERINE W | $14,422.00 | A | 468 | CLAIM SUBJECT TO FILED OBJECTION |
| 1533 | | 4 | GADE, JOHN L | $2,040.00 | A | 38 | CLAIM SUBJECT TO FILED OBJECTION |
| 1715 | 196014370 | 4 | GATCO INC | $39,049.00 | A | 460 | NOT AN ORIGINAL SIGNATURE |
| 1668 | 201000600 | 4 | GEMMEL, JOY | $1.00 | A | 497 | CLAIM SUBJECT TO FILED OBJECTION |
| 1661 | | 4 | HARDIE, RUGLASS | $5,331.00 | A | 370 | CLAIM SUBJECT TO FILED OBJECTION |
| 187 | | 4 | HARTMAN, DEBRA MANLEY | $35,192.40 | A | 80 | CLAIM SUBJECT TO FILED OBJECTION |
| 1543 | | 4 | JEHLING, RICHARD A. | $1,875.96 | A | 184 | CLAIM SUBJECT TO FILED OBJECTION |
| 1344 | | 4 | JENKINS, CATHERINE L | $1,629.78 | A | 292 | CLAIM SUBJECT TO FILED OBJECTION |
| 1955 | 196019570 | 4 | JOHNSTON, DARLENE | $5,860.00 | A | 129 | CLAIM SUBJECT TO FILED OBJECTION |
| 1567 | 196020120 | 4 | KAUSER, TERESA | $1.00 | A | 280 | CLAIM SUBJECT TO FILED OBJECTION |

EXHIBIT C

Value City Holdings, Inc., et al.

Report of Ballots Excluded from Tabulation

| CLAIM NO. | SCHEDULE NO. | PLAN CLASS | NAME | VOTE AMOUNT | (A)CCEPT / (R)EJECT | BALLOT NO. | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1942 | 196020240 | 4 | KELEBU, HUSSIEN | $520.00 | A | 317 | CLAIM SUBJECT TO FILED OBJECTION |
| 1024 | | 4 | KELLER, JEANNE | $27,461.55 | A | 293 | CLAIM SUBJECT TO FILED OBJECTION |
| 1264 | 196020480 | 4 | KHOTULEVA, TATYANA | $5,855.31 | A | 90 | CLAIM SUBJECT TO FILED OBJECTION |
| 1153 | 201000990 | 4 | KOVALSKY, CHERYL | $114.88 | A | 276 | CLAIM SUBJECT TO FILED OBJECTION |
| 2326 | | 4 | LAMONT, JACKIE L | $22,256.00 | A | 320 | CLAIM SUBJECT TO FILED OBJECTION |
| 1076 | | 4 | LARA, LINDA K | $14,425.92 | A | 94 | CLAIM SUBJECT TO FILED OBJECTION |
| 1832 | 196022060 | 4 | LINDSEY, JUDY | $2,640.00 | A | 403 | CLAIM SUBJECT TO FILED OBJECTION |
| 1502 | 196023130 | 4 | MARTIN, BETTY | $4,684.27 | A | 234 | CLAIM SUBJECT TO FILED OBJECTION |
| 1078 | 196002730 | 4 | MAULDIN, ANDRE | $1,980.75 | A | 64 | CLAIM SUBJECT TO FILED OBJECTION |
| 1016 | 196023460 | 4 | MCBRIDE, MARLITA | $1.00 | A | 461 | CLAIM SUBJECT TO FILED OBJECTION |
| 850 | | 4 | MILLER, THOMAS L. | $18,000.00 | A | 416 | CLAIM SUBJECT TO FILED OBJECTION |
| | 196025000 | 4 | MOUNTAIN VIEW INDUSTRIES, INC | $15,722.00 | A | 220 | DUPLICATE BALLOT |
| 2690 | | 4 | NELSON-GUTRICH, DEBORAH | $3,648.00 | A | 511 | CLAIM SUBJECT TO FILED OBJECTION |
| 1157 | 196027630 | 4 | ODOI, STEPHEN | $1.00 | A | 252 | CLAIM SUBJECT TO FILED OBJECTION |
| 2327 | | 4 | PAWLAK, SONDA F | $6,200.00 | A | 379 | CLAIM SUBJECT TO FILED OBJECTION |
| 1387 | 200001140 | 4 | PELLICCIO, RHONDA | $852.60 | A | 187 | CLAIM SUBJECT TO FILED OBJECTION |
| 990 | | 4 | PERRY, TANYA MARIA | $1,800.00 | A | 339 | CLAIM SUBJECT TO FILED OBJECTION |
| 1663 | 196030290 | 4 | RATLIFF, SANDRA | $6,634.95 | A | 91 | CLAIM SUBJECT TO FILED OBJECTION |
| 1323 | 196032000 | 4 | SANTIAGO, JEANETTE | $517.36 | R | 244 | CLAIM SUBJECT TO FILED OBJECTION |
| 668 | 202000350 | 4 | SCHOENFELD, KEN | $2,827.45 | A | 89 | CLAIM SUBJECT TO FILED OBJECTION |
| 1281 | | 4 | SIMPSON, JACK R | $5,000.00 | A | 279 | CLAIM SUBJECT TO FILED OBJECTION |
| 2538 | 196033590 | 4 | SMITH, DAVID | $109.20 | A | 235 | CLAIM SUBJECT TO FILED OBJECTION |
| 988 | | 4 | SNIADY, SANDRA L. | $6,944.30 | A | 228 | CLAIM SUBJECT TO FILED OBJECTION |
| 1960 | 200001320 | 4 | SOUDERS, DEBORAH | $15,180.00 | A | 271 | CLAIM SUBJECT TO FILED OBJECTION |
| 1612 | | 4 | STRAIGHT, SHERRI | $11,827.05 | A | 29 | CLAIM SUBJECT TO FILED OBJECTION |
| 643 | 196035910 | 4 | THOMAS, JOHN | $1.00 | A | 55 | CLAIM SUBJECT TO FILED OBJECTION |
| 2266 | | 4 | THOMAS, KATHY L | $10,225.00 | A | 425 | CLAIM SUBJECT TO FILED OBJECTION |
| 2435 | | 4 | THOMPSON, CORY | $2,670.00 | A | 65 | CLAIM SUBJECT TO FILED OBJECTION |
| 2368 | | 4 | TRUDINSKI, JACK | $20,808.72 | A | 444 | CLAIM SUBJECT TO FILED OBJECTION |
| 635 | | 4 | VICTOR, BAIRD | $1.00 | A | 117 | CLAIM SUBJECT TO FILED OBJECTION |
| 1599 | 196038520 | 4 | WEAVER, FRANCES | $3,771.53 | A | 261 | CLAIM SUBJECT TO FILED OBJECTION |

EXHIBIT C

Value City Holdings, Inc., et al.

Report of Ballots Excluded from Tabulation

| CLAIM NO. | SCHEDULE NO. | PLAN CLASS | NAME | VOTE AMOUNT | (A)CCEPT / (R)EJECT | BALLOT NO. | COMMENTS |
|---|---|---|---|---|---|---|---|
| 686 | | 4 | WERNER, CAROL A | $4,582.78 | A | 198 | CLAIM SUBJECT TO FILED OBJECTION |
| 2566 | | 4 | WIGGS, LAURIE A | $8,192.00 | A | 399 | CLAIM SUBJECT TO FILED OBJECTION |
| 2565 | | 4 | WIGGS, RANDALL | $7,315.00 | A | 398 | CLAIM SUBJECT TO FILED OBJECTION |
| 2525 | | 4 | WILLIAMS, DENNIS D | $23,729.85 | A | 449 | CLAIM SUBJECT TO FILED OBJECTION |
| 2299 | 196039030 | 4 | WILSON, KARIN | $7,326.54 | A | 304 | CLAIM SUBJECT TO FILED OBJECTION |
| 1321 | 201002000 | 4 | YUHAS, FRANCES | $229.25 | A | 443 | CLAIM SUBJECT TO FILED OBJECTION |
| 1622 | 196040390 | 4 | ZIMMERMAN, ADA | $1.00 | A | 420 | CLAIM SUBJECT TO FILED OBJECTION |