UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                     :
                                          :      Chapter 11
Value City Holdings, Inc.,                :
                                          :      Case No. 08-14197 (JMP)
                          Debtor.         :
------------------------------------------------------x

### ORDER EXTENDING CLAIMS OBJECTION DEADLINE

Upon the motion (the "**Motion**") of the Debtors[1] for an order extending through

February 7, 2011, the deadline by which the Debtors may object to certain claims pursuant to the

Modified First Amended Joint Plan of Liquidation for Value City Holdings, Inc. and its

Affiliated Debtors (the "**Plan**"); and it appearing that due and sufficient notice of the Motion has

been given and that no other notice is necessary; and the Court having found that the relief

sought in the Motion is in the best interests of the Debtors, their estates, and creditors; and after

due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The time by which the Debtors may object to claims (other than Fee

Claims) pursuant to the Plan (the "**Claims Objection Deadline**"), is hereby extended through

and including February 7, 2011.

2.      The relief granted herein is without prejudice to the Debtors' right to

request further extensions of the Claims Objection Deadline for cause shown.

---

[1]      All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

      3.      This Court shall retain jurisdiction over the Debtors and all parties that have submitted Claims with respect to any matters related to or arising from the implementation of this Order.

Dated: New York, New York
       _____, 2010

 

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE